

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2021

No. 04-21-00224-CV

**IN THE INTEREST OF D.A., A.A.R., C.P.R., C.P.R., Z.C., CHILDREN**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01496
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

The Clerk's Notification of Late Record is hereby NOTED. The Clerk's Record is due on or before June 11, 2021.

It is so **ORDERED** on June 4, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court